UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DUKESHANE TORRES PALK, | ) | NO. CV 04-08571-MMM(CT) |
| Petitioner, | ) ) ) | ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY |
| v. | ) ) ) | |
| C.M. HARRISON, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the court has reviewed the entire file de novo, including but not limited to, the petition, the superseding answer, the traverse, the magistrate judge's superseding report and recommendation, and petitioner's objections to the superseding report and recommendation.

In his objections, petitioner correctly states that the California Court of Appeal filed its opinion in petitioner's case on July 18, 2001, not on June 18, 2001 as stated in the magistrate judge's superseding report and recommendation.

The court concurs with the magistrate judge's report and recommendation. Accordingly, IT IS ORDERED:

    1.    The report and recommendation is accepted.

    2.    Judgment shall be entered consistent with this order.

    3.    The clerk shall serve this order and the judgment on all

1 | counsel or parties of record.

2 | DATED: March 30, 2009

3 | _Margaret M. Morrow_
4 | Margaret M. Morrow
UNITED STATES DISTRICT JUDGE