UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DUKESHANE TORRES PALK, | ) | NO. CV 04-08571-MMM(CT) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| C.M. HARRISON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is DENIED AND DISMISSED WITH PREJUDICE.

DATED: March 30, 2009

_____
Margaret M. Morrow
UNITED STATES DISTRICT JUDGE